# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142047

GERALDINE WILSON,
          Plaintiff-Appellee,

v                                                          SC: 142047
                                                           COA: 296136
                                                           Wayne CC: 09-019364-NH
KEVIN T. CRAWFORD, D.O., and
OAKWOOD UNITED HOSPITALS,
a/k/a OAKWOOD HEALTHCARE, INC.,
d/b/a OAKWOOD ANNAPOLIS HOSPITAL,
          Defendants-Appellants.
_____/

On order of the Court, the application for leave to appeal the September 28, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2011

_____
Clerk

d0608